OPINION — AG — ** CORPORATION COMMISSION — SCHOOL DISTRICTS — UTILITIES ** ARTICLE X, SECTION 17 FORBIDS A SCHOOL DISTRICT FROM PAYING FOR AN EXTENSION OF ELECTRICAL SERVICE. (PUBLIC FINANCE, SCHOOLS, UTILITIES, ELECTRICAL SERVICE, APPROPRIATIONS, MUNICIPAL CORPORATIONS) CITE: 62 O.S. 353 [62-353], 62 O.S. 355 [62-355], 70 O.S. 5-105 [70-5-105] (SCHOOL DISTRICTS ARE MUNICIPAL CORPORATIONS) (FLOYD W. TAYLOR)